1  Kathryn J. Halford (CSBN 68141)
   Dana K. Kann (CSBN 220986)
2  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
3  A Professional Corporation
   15456 Ventura Boulevard, Suite 500
4  Sherman Oaks, California 91403
   Telephone: (818) 501-8030
5  Facsimile: (818) 501-5306
   E-Mail: kjhalford@wkpyc.com
6  E-Mail: dkann@wkpyc.com

7  Attorneys for Plaintiffs the Boards of Directors
   of the Motion Picture Industry Pension Plan,
8  The Motion Picture Industry Individual Account
   Plan, and Motion Picture Industry Health Plan
9

FILED
CLERK, U.S. DISTRICT COURT
MAR - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>STORYBOOK SEQUELS, INC., a California corporation,<br><br>Defendant. | CASE NO. CV-07-00249 AHM (CWx)<br><br>[PROPOSED] COURT ORDER TO SHOW CAUSE RE CONTEMPT OF SCOTT ZAKARIN<br><br>DATE: March 23, 2009<br>TIME: 10:00 a.m.<br>Courtroom: 14<br><br>The Honorable A. Howard Matz |

TO: SCOTT ZAKARIN, officer and agent for service of process of STORYBOOK SEQUELS, INC., a California corporation:

YOU ARE HEREBY ORDERED to appear to answer and show why Scott Zakarin should not be held in civil contempt for: 1) The disobedience of the Court's September 23, 2008 Court Order For Appearance and Examination of Scott Zakarin, Authorized Agent of Judgment Debtor Corporation, personally

served upon him on September 28, 2008 and requiring him to appear and give testimony on November 4, 2008; 2) The disobedience of the Court's Order Re Continuance of Judgment Debtor Exam personally served upon him on December 7, 2008 and requiring him to appear and give testimony on January 13, 2009; and 3) disobedience of Civil Subpoena, personally served upon him on, December 7, 2008 requiring him to produce records and give testimony on January 13, 2009.

The hearing on the Order to Show Cause shall take place before District Court Judge A. Howard Matz on the 23rd day of March, 2009, at 10:00 a.m., in Courtroom 14 of the court located at 312 North Spring Street, Los Angeles, California 90012. If Scott Zakarin objects to being held in civil contempt, he shall file a legal memorandum of points and authorities containing his objections, no later than March 16, 2009 and judgment creditor may file a response or memorandum supporting contempt not later than March 19, 2009.

Judgment creditor shall promptly personally serve this Order on Scott Zakarin.

Dated: 3/9/09

A. Howard Matz
U.S. District Court Judge

2