Kathryn J. Halford (CA Bar No. 068141)
email: khalford@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors
of the Motion Picture Industry Pension Plan, the Motion
Picture Industry Individual Account Plan, and the
Motion Picture Industry Health Plan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>STORYBOOK SEQUELS, INC., a California corporation<br><br>Defendant. | CASE NO. 2:07-cv-00249-AHM (CWx)<br><br>RENEWAL OF JUDGMENT BY CLERK |

THE JUDGMENT DEBTOR, STORYBOOK SEQUELS, INC., A CALIFORNIA CORPORATION having judgment entered against them on July 16, 2008:

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and

Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

Judgment against Defendant is hereby renewed in the amount of $98,457.88 which is broken down as follows:

| | | |
|---|---|---|
| a. | Unpaid Contributions | $33,465.02 |
| b. | Auditing Costs | $9,326.25 |
| c. | Liquidated Damages | $12,161.29 |
| d. | Interest | $12,161.29 |
| e. | Court Costs | $1,093.16 |
| f. | Attorney's Fees | $12,620.00 |
| | Subtotal (Judgment as Entered) | $80,827.01 |
| g. | Interest after judgment computed from July 16, 2008 through February 8, 2018 | $17,630.87 |
| | GRAND TOTAL: | $98,457.88 |

Dated: February 26, 2018

CLERK, U.S. DISTRICT COURT
Central District of California

By: s/ J. Remigio
Deputy Clerk

Presented by:
WOHLNER KAPLON CUTLER HALFORD & ROSENFELD

DATED: February 8, 2018

Kathryn J. Halford
WOHLNER KAPLON CUTLER HALFORD & ROSENFELD

BY: */s/ Kathryn J. Halford*
KATHRYN J. HALFORD
Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan et al.